ORIGINAL

FILED

09/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0047

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0047

| | |
|---|---|
| WILLIAM H. PAYNE,<br>Appellant,<br><br>vs.<br><br>CHARLENE G. PAYNE,<br>Appellee. | **GRANT OF ADDITIONAL EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF TO APPELLEE'S ANSWER BRIEF** |

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an additional extension of time until October 5, 2020, to prepare, file, and serve Appellant's Reply Brief to Appellee's Answer Brief.

DATED this 22ⁿᵈ day of September, 2020.

FILED

SEP 2 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

c:  Channing J. Hartelius, chartelius@aol.com
c:  Penni L. Chisholm, penni@chisholmlawfirm.com